No. 98–8285. ANGELINI *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–8293. OWENS *v.* MOLINA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–8298. STALLINGS *v.* NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 98–8310. LOCKLEAR *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 277.

No. 98–8311. KENNEDY *v.* HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–8324. GARCIA *v.* HARRIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8330. HOBBS *v.* HOBBS. Ct. App. Tenn. Certiorari denied.

No. 98–8357. BURTON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 98–8362. DELISLE *v.* RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8372. LUCAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8382. WILLIAMS *v.* CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8400. ZURLA *v.* LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–8403. TATUM *v.* MISSOURI BOARD OF PROBATION AND PAROLE ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–8420. SUMTER *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 2d Cir. Certiorari denied.